# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Petitioner,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS,
Respondent.

No. 68678

**FILED**

DEC 2 2 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This original pro se petition for a writ of mandamus or prohibition challenges the Department of Corrections' use of an administrative regulation to apply life insurance proceeds petitioner received to pay a court judgment. Having considered the petition and supporting documentation, we conclude that this court's intervention is not warranted. NRAP 21; NRS 34.160; NRS 34.330. Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

cc: Percy Lavae Bacon
Attorney General/Carson City

---

[1] All pending motions are denied as moot.

16-39909